UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 05, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Faustina Ortiz, § § § | |
| Plaintiff, § § | |
| versus § § | Civil Action H-17-2018 |
| United States Liability Insurance Group, *et al.*, § § § § | |
| Defendants. § | |

## Final Judgment

Faustina Ortiz takes nothing from United States Liability Insurance Group.

Signed on June 5, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge